UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ryan Gentile, Esq.
110 Jericho Tpke - Suite 100
Floral Park, NY 11001
Tel: 201-873-7675
Attorney for the Debtor

In Re:
Biny Baig

Case No.: 22-13439

Chapter: 13

Judge: Sherwood

# NOTICE OF REQUEST FOR LOSS MITIGATION – BY THE DEBTOR

I am/ We are the debtor(s) in this case and hereby request loss mitigation with respect to:

Property address: 22 East 4th Street Bayonne, NJ 07002

Creditor is the holder of: ☒ first mortgage  ☐ second mortgage  ☐ third mortgage.

I/We will make adequate protection payments to the above creditor each month in the following amount during the loss mitigation period: See Loss Mitigation Program and Procedures, Section VII.B.

Creditor: Select Portfolio Servicing    Amount: $ 1742.00    Due date: June 1, 2022

☐ I/We request to be excused from using the Loss Mitigation Portal due to undue hardship as set forth in detail below:

I understand that if the court orders loss mitigation in this case I am required to comply with the Loss Mitigation Program and Procedures and will participate in good faith. I understand that Loss Mitigation is voluntary, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation, and understand that no other party is required to enter into any agreement or settlement with me. I also understand **that I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

**I also certify that the property in question consists only of real property in which I hold a titled interest.**

Date: May 13, 2022 /s/ Biny A. Baig
Debtor

Date: _____ _____
Joint Debtor (if any)

**Debtor Information:**

Print full name: Biny A. Baig
Mailing address: 22 East 4th Street Bayonne, NJ 07002
Telephone number: (201) 234-9600
Email address (if any): binybaig@optimum.net

**Debtor's Attorney Information:**

Name: Ryan Gentile
Address: 110 Jericho Tpke - Suite 100 Floral Park, NY 11001
Telephone number: 201-873-7675    Fax number: _____
Email address (if any): rlg@lawgmf.com

**Creditor Information: (if known)**

Name: Select Portfolio Servicing
Address: 3217 S. Decker Lake Drive Salt Lake City, UT 84119
Telephone number: 1-800-258-8602    Fax number: _____
Email address (if any): _____

**Creditor's Attorney Information: (if known)**

Name: KML Law Group, PC
Address: 701 Market Street, Suite 5000 Philadelphia, PA 19106
Telephone number: (215) 627-1322    Fax number _____
Email address (if any): _____

**Under Section V. of the *Loss Mitigation Program and Procedures*, a party has 14 days from the filed date of this Request to file with the court, and serve on the debtor, debtor's attorney trustee, and U.S. trustee, an objection to this Request.**

*rev.12/17/19*

3