Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−13439−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Biny A. Baig
    22 E. 4th Street
    Bayonne, NJ 07002

Social Security No.:
    xxx−xx−0509

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/23/22 at 10:00 AM

to consider and act upon the following:

*28* − Notice of Request for Loss Mitigation re:Select Portfolio Servicing, filed by Ryan L. Gentile on behalf of Biny A. Baig. Objection deadline is 05/31/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Gentile, Ryan)

*31* − Objection to (related document:23 Notice of Request for Loss Mitigation re:Select Portfolio Servicing, filed by Ryan L. Gentile on behalf of Biny A. Baig. Objection deadline is 05/27/2022. filed by Debtor Biny A. Baig, 28 Notice of Request for Loss Mitigation re:Select Portfolio Servicing, filed by Ryan L. Gentile on behalf of Biny A. Baig. Objection deadline is 05/31/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Biny A. Baig) filed by Denise E. Carlon on behalf of U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to Lasalle Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities I T. (Attachments: # 1 Exhibit A # 2 Certificate of Service) (Carlon, Denise)

Dated: 5/31/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court